HOLLAND & KNIGHT LLP
Kyong M. Kim (SBN 273077)
David I. Holtzman (SBN 299287)
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6900
Facsimile:   (415) 743-6910
E-mail: kyong.kim@hklaw.com
        david.holtzman@hklaw.com

Attorneys for Defendant Bill Me Later, Inc.

Scott J. Sagaria (Bar # 217981)
sjsagaria@sagarialaw.com
Elliot W. Gale (Bar # 263326)
egale@sagarialaw.com
Joe B. Angelo (Bar # 268542)
jangelo@sagarialaw.com
Scott M. Johnson (Bar # 287182)
sjohnson@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff Javier Contreras

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JANET HORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>BILLMELATER, INC. and DOES 1 through 100 inclusive,<br><br>    Defendant. | Case No. 2:18-cv-00231-MCE-KJN<br><br>**ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND TO STAY ACTION PENDING ARBITRATION** |

This Court, having reviewed the Stipulation for Binding Arbitration and to Stay Action Pending Arbitration, filed by each party to this matter, and for good cause shown, hereby orders that:

///

///

///

///

///

1. This matter is stayed in its entirety pursuant to 9 U.S.C. § 3.

2. The parties shall submit this matter to arbitration.

3. The parties shall file joint status reports with the court every sixty (60) days following the date this order is electronically filed.

IT IS SO ORDERED.

Dated: March 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE