1  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
2  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
3  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 200
4  Roseville, California 95661
   Telephone: (408) 279-2288
5  Facsimile: (408) 279-2299

6  Attorneys for Plaintiff
   Janet Hord
7

8
                  **UNITED STATES DISTRICT COURT**
9
        **EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**
10

11
   JANET HORD,                            Case No.: 2:18-cv-00231-MCE-KJN
12
              Plaintiff,
13
                                          **STIPULATED REQUEST FOR**
14       vs.                              **DISMISSAL OF DEFENDANT BILL ME**
                                          **LATER, INC.; ORDER**
15  BILL ME LATER, INC.

16            Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BILL ME LATER, INC.; ORDER

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

**IT IS HEREBY STIPULATED** by and between plaintiff Janet Hord and defendant Bill Me Later, Inc. ("Bill Me Later"), that Bill Me Later be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  November 13, 2018        **SAGARIA LAW, P.C.**

By:  _/s/ Elliot W. Gale_
Elliot W. Gale
Attorneys for Plaintiff
Janet Hord

DATED:  November 13, 2018        **HOLLAND & KNIGHT**

By:  _/s/ David I. Holtzman._
David I. Holtzman
Attorneys for Defendant
Bill Me Later, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that David I. Holtzman has concurred in this filing.

_/s/ Elliot Gale_

### ORDER

Pursuant to the stipulation of the Parties, Bill Me Later, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  November 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BILL ME LATER, INC.; ORDER